UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NELSON DURAN, on behalf of himself, individually, and on behalf of all others similarly-situated<br><br>     Plaintiff,<br><br> - against -<br><br>R&L INTERIOR RENOVATIONS AND CONSTRUCTION, CORP. and LUIS FERMIN, individually,<br><br>     Defendants. | **ORDER**<br><br>20 Civ. 9344 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    This matter has been reassigned from Judge Nathan to this Court. The status conference scheduled by Judge Nathan for April 15, 2022 is adjourned to **May 5, 2022 at 11:30 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

    As per Judge Nathan's previous order (Dkt. No. 41), the current fact and expert discovery deadline in this matter is April 15, 2022. No later than **April 22, 2022**, the parties will submit pre-motion letters regarding any post-discovery dispositive motions in accordance with Rule IV(C) of this Court's Individual Rules of Practice. Any oppositions to those pre-motion letters will be due on **April 27, 2022**.

Dated: New York, New York
    April 13, 2022

                  SO ORDERED.

                  _____
                  Paul G. Gardephe
                  United States District Judge