UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NELSON DURAN, on behalf of himself, individually, and on behalf of all others similarly-situated<br><br>     Plaintiff,<br><br>  - against -<br><br>R&L INTERIOR RENOVATIONS AND CONSTRUCTION, CORP. and LUIS FERMIN, individually,<br><br>     Defendants. | **ORDER**<br><br>20 Civ. 9344 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

   The status conference in this matter currently scheduled for May 5, 2022 is adjourned to **May 12, 2022 at 1:30 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
   May 4, 2022

                    SO ORDERED.

                    _____
                    Paul G. Gardephe
                    United States District Judge