# BORRELLI & ASSOCIATES
## P.L.L.C.

www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

May 10, 2022

<u>Via ECF</u>
The Honorable Paul G. Gardephe
United States District Judge for the
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *Nelson Duran et al. v. R&L Interior Renovations and Construction, Corp. et al.,*
     <u>Docket No.: 20-cv-9344 (PGG)</u>

Dear Judge Gardephe:

  We represent the named-Plaintiff, Nelson Duran, and the Opt-in Plaintiff, Yuri Cabrera (together as "Plaintiffs"), in the above-referenced conditionally certified wage and hour collective action against Defendants R&L Interior Renovations and Construction, Corp. and Luis Fermin, individually. On May 4, 2022, the Court rescheduled a status conference previously set for May 5, 2022, to May 12, 2022, at 1:30 p.m. ECF 45. However, because I have a conflict in another matter on that date and at that time, we write now, with Defendants' consent, to request that the status conference be rescheduled to May 26, 2022, when all counsel are next available, or on a date thereafter that is convenient for the Court. This is our first request for an adjournment of the status conference.

**Memo Endorsed:** The conference scheduled for May 12, 2022 is adjourned to May 26, 2022 at 12:00 p.m. in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Respectfully submitted,

SO ORDERED.

*/s/ Caitlin Duffy*
Caitlin Duffy, Esq.
*For the Firm*

*/s/ Paul G. Gardephe*
Paul G. Gardephe
United States District Judge
Dated: May 10, 2022