UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NELSON DURAN,

                    Plaintiff,

       - against -

R&L INTERIOR RENOVATIONS AND CONSTRUCTION, CORP. and LUIS FERMIN,

                    Defendants.

**ORDER**

20 Civ. 9344 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court has referred this matter to Judge Parker for purposes of a settlement conference. (See Dkt. No. 49) The parties will file a joint letter within three business days of the settlement conference reporting as to whether it was successful. If the settlement conference is not successful, the Court will schedule a jury trial in this matter.

Dated: New York, New York
         May 26, 2022

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge