USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

NELSON DURAN,

                              Plaintiff,

   -against-

R&L INTERIOR RENOVATIONS AND CONSTRUCTION, CORP. and LUIS FERMIN,

                             Defendants.
-------------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**20-CV-9344 (PGG)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 49).  A telephone conference will be held on **Wednesday, June 29, 2022 at 12:00 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: May 27, 2022
       New York, New York

_Katharine H. Parker_
_____
KATHARINE H. PARKER
United States Magistrate Judge