```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
  NELSON DURAN,
```

                                            Plaintiff,

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

     -against-

**20-CV-9344 (PGG)**

```
R&L INTERIOR RENOVATIONS AND
CONSTRUCTION, CORP. and LUIS
FERMIN,
```

                                            Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is scheduled for **Thursday, August 25, 2022 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **August 18, 2022 by 5:00 p.m.**

     SO ORDERED.

Dated: June 29, 2022
       New York, New York

                                                        _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/29/2022