# BORRELLI & ASSOCIATES
### P.L.L.C.
www.employmentlawyernewyork.com

| 655 Third Avenue | 910 Franklin Avenue |
| --- | --- |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

August 8, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/09/2022

**MEMO ENDORSED**

*Via ECF*
The Honorable Katharine H. Parker
United States Magistrate Judge for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Nelson Duran et al. v. R&L Interior Renovations and Construction, Corp. et al.,*
         Docket No.: 20-cv-9344 (PGG)(KHP)

Dear Judge Parker:

We represent the named-Plaintiff, Nelson Duran, and the Opt-in Plaintiff, Yuri Cabrera (together as "Plaintiffs"), in the above-referenced conditionally certified wage and hour collective action against Defendants R&L Interior Renovations and Construction, Corp. and Luis Fermin, individually. On June 29, 2022, the Court ordered a settlement conference to take place on Thursday August 25, 2022, and further ordered that the parties submit their pre-settlement conference submissions on August 18, 2022. However, because of a calendaring error on my end, the settlement conference was inadvertently scheduled during my pre-planned family vacation. We thus write now, with Defendants' consent, to request that the Court adjourn the settlement conference to any day of the week of September 26, 2022, when all counsel are next available - - and the corresponding pre-conference submission deadline to a week before - - or on a date thereafter that is convenient for the Court.

This is our first request for an adjournment of the settlement conference. In the meantime, the parties intend to continue their settlement discussions to bridge the gap between them.

We thank the Court for its time and attention to this matter.

                Respectfully submitted,

                */s/ Caitlin Duffy*
                Caitlin Duffy, Esq.
                 *For the Firm*

C: Counsel for Defendants (*via* ECF)

---

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Thursday, August 25, 2022 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Monday, October 24, 2022 at 2:00 p.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>October 17, 2022 by 5:00 p.m</u>.

APPLICATION GRANTED

*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
*08/09/2022*

2