```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NELSON DURAN,

                                               Plaintiff,

        -against-

R&L INTERIOR RENOVATIONS AND
CONSTRUCTION, CORP. and LUIS
FERMIN,

                                           Defendants.
------------------------------------------------------------------X

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**20-CV-9344 (PGG)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The settlement conference in this matter previously scheduled for Monday, October 25, 2022 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Monday, November 21, 2022 at 10:00 a.m.** Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **November 14, 2022 by 5:00 p.m.**

      SO ORDERED.

Dated: October 26, 2022
       New York, New York

                                                           *Katharine H Parker*
                                                           _____
                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge