UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NELSON DURAN,

                Plaintiff,

      - against -

R&L INTERIOR RENOVATIONS AND CONSTRUCTION, CORP. and LUIS FERMIN,

                Defendants.

**ORDER**

20 Civ. 9344 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        There will be a conference in this matter on **December 8, 2022 at 11:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
          November 22, 2022

SO ORDERED.

Paul G. Gardephe
United States District Judge