UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NELSON DURAN ET AL.,

                Plaintiffs,

    - against -

R&L INTERIOR RENOVATIONS AND CONSTRUCTION, CORP. and LUIS FERMIN,

                Defendants.

**ORDER**

20 Civ. 9344 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that trial in this matter will commence on **January 30, 2023 at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse. A final pretrial conference will be held in the same courtroom on **January 27, 2023 at 9:30 a.m.** Pre-trial submissions – joint pretrial order, motions in limine, proposed voir dire, and requests to charge – are due on **January 6, 2023.** Any responsive papers are due on **January 13, 2023.**

Dated: New York, New York
       December 8, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge