# BORRELLI & ASSOCIATES
## P.L.L.C.

www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

January 24, 2023

<u>Via ECF</u>
The Honorable Paul G. Gardephe
United States District Judge for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Nelson Duran et al. v. R&L Interior Renovations and Construction, Corp. et al.*,
<u>Docket No.: 20-cv-9344 (PGG)</u>

Dear Judge Gardephe:

We represent the named-Plaintiff, Nelson Duran, and the opt-in Plaintiff, Yuri Cabrera, in the above-referenced wage and hour collective action against Defendants R&L Interior Renovations and Construction, Corp., and Luis Fermin, individually. There is a status conference scheduled for January 26, 2023, at 11:30 a.m. Shortly before filing this letter, Plaintiffs filed their notice of acceptance of Defendants' Rule 68 offer of judgment, along with a proposed judgment, which when entered, will close this case. We therefore request, on behalf of all parties, that the Court cancel the status conference.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Alexander T. Coleman, Esq.
*For the Firm*

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:
Paul G. Gardephe, U.S.D.J.
Dated: Jan. 25, 2023

C: Counsel for Defendants (*via* ECF)