UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NELSON DURAN, on behalf of himself, individually, and on behalf of all others similarly-situated,

Docket No: 20-cv-09344 (PGG)

Plaintiff,

v.

[~~PROPOSED~~] JUDGMENT

R&L INTERIOR RENOVATIONS AND CONSTRUCTION, CORP., and LUIS FERMIN, individually,

Defendants.
-------------------------------------------------------------X

**WHEREAS**, on January 24, 2023, Defendants R&L Interior Renovations and Construction, Corp. and Luis Fermin, individually, (together as "Defendants"), offered named-Plaintiff Nelson Duran and opt-in Plaintiff Yuri Cabrera (collectively as "Plaintiffs"), to take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68, in the amount of Seventy Thousand Dollars and Zero Cents ($70,000.00), inclusive of attorneys' fees and costs, to be divided equally between them; and

**WHEREAS**, on January 24, 2023, Plaintiffs filed their Notice of Acceptance of this offer; it is

**HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiffs as against Defendants R&L Interior Renovations and Construction, Corp., and Luis Fermin, individually, jointly and severally, in the amount of Seventy Thousand Dollars and Zero Cents ($70,000.00).

SO ORDERED, on the 25th day of January, 2023, New York, New York:

_____
The Honorable Paul G. Gardephe, U.S.D.J.