UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NELSON DURAN ET AL.,

                Plaintiffs,

- against -

R&L INTERIOR RENOVATIONS AND CONSTRUCTION, CORP. and LUIS FERMIN,

                Defendants.

**ORDER**

20 Civ. 9344 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Pursuant to the Court's Judgment (Dkt. No. 68), the Clerk of Court is directed to close the case.

Dated: New York, New York
      November 16, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge